UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AECOM,<br><br>          Plaintiff,<br><br>   v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>          Defendant. | No. 2:21-cv-00237-JAK-MRW<br><br>**JUDGMENT**<br><br>**JS-6** |

Defendant Zurich Insurance Company ("Zurich") filed a motion to dismiss the First Amended Complaint filed by plaintiff AECOM. The Court heard argument on the motion on November 8, 2021 and took the matter under submission.

On December 1, 2021, following oral argument, the Court issued an order granting Zurich's motion with prejudice, with one exception: "if Plaintiff can allege in good faith that certain of its alleged losses arose with respect to property located in Louisiana at the time that the Louisiana Endorsement was in place, it may file an amended complaint within 14 days of the issuance of this Order in which such a claim is alleged." [ECF 46]. That deadline was further extended by Court order to January 5, 2022, pursuant to stipulation of the parties [ECF 47]. AECOM did not file a further amended complaint.

Accordingly, for the reasons stated in the Court's December 1, 2021, Order, it is hereby **ADJUDGED AND DECREED** that this action be and hereby is dismissed with prejudice, and that AECOM shall take nothing from defendant Zurich.

**IT IS SO ORDERED.**

Dated: January 13, 2022

John A. Kronstadt
United States District Judge