UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AECOM, a Delaware corporation,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,<br><br>Defendant - Appellee. | No. 22-55092<br><br>D.C. No. 2:21-cv-00237-JAK-MRW<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered January 31, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Bonnie J. Kates
Deputy Clerk
Ninth Circuit Rule 27-7